COPY

United States District Court
Southern District of Texas
FILED

SEP 3 0 2003

Michael N. Milby
Clerk of Court

IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| In re: The Application of Johnie Wise to Convene a Federal Grand Jury <u>sub nom</u> | § § § § § | **MISCELLANEOUS** **B-03-018** |
| Johnie Wise, Petitioner, | § § | Civil No. _____ |
| vs. | § § § | |
| Michael T. Shelby, United States Attorney, Respondent. | § § § § | |

## PETITION FOR WRIT OF MANDAMUS

NOW COMES Johnie Wise, Petitioner, **pro se**, as his own attorney on behalf of himself as a matter of right, 28 U.S.C. § 1654, and pursuant to 28 U.S.C. § 1651, and seeks a writ of mandamus to compel the United States Attorney, Michael T. Shelby, or a designee of his, to present facts concerning alleged criminal wrongdoing of certain named individuals to the federal grand jury sitting for the Southern District of Texas, at Brownsville, or for the Court to request the grand jury to hear testimony of the Petitioner, Johnie Wise, concerning the alleged wrongdoing. In support of his petition, the Petitioner would show and alleges as follows:

1. Petitioner, Johnie Wise, is a sovereign citizen of Texas, a republic. Currently, he is confined to the Federal Medical Center located at 3150 Horton Rd., Fort Worth, Texas.

2. Respondent, Michael T. Shelby, is the duly appointed/com- missioned United States Attorney for the Southern District of

Texas. He maintains an office at 1701 W. Business 83, Suite #600, McAllen, Texas.

3. On or about April 27, 2003, Petitioner submitted to this District Court, to the United States Attorney for the Southern District of Texas, and to the Grand Jury forman - C/o Clerk of the District Court, an application requesting the Court to convene a federal grand jury, pursuant to 18 U.S.C. § 3331, **Rule** 6 of the **Federal Rules of Civil Procedure**, the **First** and **Fifth Amendments** to the **Constitution of the United States of America**, and 28 U.S.C. § 1651, for the presentation of evidence that certain individuals, the Honorable Hilga G. Tagle, Marvin Milton Mosbacker, FBI Agent Church, FBI Agent Sharkey, and John Cain, committed crimes of fraud, obstruction of justice, perjury, violations of their oaths of office, violations of the Constitutional rights of a citizen, abuse of federal authority, and racketeering.

4. On August 15, 2003, the United States Attorney for the Southern District of Texas, by and through an Assistant United States Attorney, Tony R. Roberts, filed a response to Petitioner's Application, aforesaid, taking the position that the Court has no authority to convene a grand jury on Petition's application, that Petitioner may submit his materials directly to the grand jury foreman, and that the Government owes no duty to make a presentation to the grand jury of evidence of a crime alleged by a private citizen; Petitioner filed a traverse to the Government's erroneous response on August 25, 2003.

5. On June 10, 2003, pursuant to 18 U.S.C. § 3332, Petitioner

submitted his application, aforesaid, to the United States Attorney for the Southern District of Texas, with a cover letter requesting the United States Attorney, pursuant to the mandate of 18 U.S.C. § 3332, to present the application, and Petitioner's allegations against the individuals named in the application, to the federal grand jury sitting for the Southern District of Texas.

6. 18 U.S.C. § 3332(a) provides:

> "It shall be the duty of each grand jury impanelled within any judicial district [special grand juries impanelled pursuant to 18 U.S.C. § 3331] to inquire into offenses against the the criminal law of the United States alleged to have been committed within that district. Such alleged offenses may be brought to the attention of the grand jury by the court or by any attorney appearing on behalf of the United States for the presentation of evidence. Any such attorney receiving information concerning such an alleged offense from any other person, shall, if requested by such other person, inform the grand jury of such other person, and such attorney's action or recommendation."

7. Congress's enactment of § 3332 creates a legal right to the Petitioner to request the submission of evidence and/or allegations for federal criminal violations to the United States Attorney for presentment to the grand jury, and to have such United States Attorney present such evidence, and/or allegations, to the grand jury; consequently, the invasion of this right creates standing to seek its enforcement.

8. Futhermore, § 3332, creates a duty, on the part of the United States Attorney, or his designee, to present Petitioner's allegations and evidence to the federal grand jury when, as here requested to do so, and said United States Attorney owes this duty to the Petitioner.

9. To the Petitioners knowledge, and upon his belief, the United States Attorney has failed in his/her duties, has not presented the Petitioner's application, allegations, nor evidence to the federal grand jury and, therefore, has invaded the rights of the Petitioner created under 18 U.S.C. § 3332(a).

10. For all the reasons set forth herein-above, Petitioner is entitled to a writ of mandamus to compel the United States Attorney, or his/her designee, to perform his/her duties under 18 U.S.C. § 3332(a), and to present Petitioner's allegations of federal criminal wrongdoing to the federal grand jury sitting for the Southern District of Texas.

11. Petitioner has standing, as stated herein-above, to bring this action and, he has no other speedy or adequate remedy at law with respect to the relief he seeks in this petition.

WHEREFORE, PREMISES CONSIDERED, Petitioner prays this honorable Court:

1. direct the Clerk of the Court to file this Petition and direct the United states Attorney for the Southern District of Texas to respond thereto within twenty (20) days of said filing date;

2. set a time and date for an evidentiary hearing and hold such evidentiary hearing for the presentation of evidence, testimony, etc., in support of the granting of this petition;

3. issue a writ of mandamus directing the United States Attorney to perform his/her duties under 18 U.S.C. § 3332(a) and to present Petitioner's application, evidence and allegations,

regarding federal criminal wrongdoing, to the federal grand jury sitting for the Southern District of Texas;

4. order the United States Attorney to pay all fees and costs incurred as a result of this action; or,

5. in the alternative, direct the United States Attorney to allow Petitioner to submit his evidence of criminal wrongdoing to the grand jury by way of live testimony.

IT IS SO PRAYED.

Dated this the 25th day of September, 2003.

Respectfully submitted,

*Johnnie Wise*
Johnnie Wise
BOP Reg. No. 82281-079 <u>Dall</u>
Federal Medical Center
P. O. Box 15330
Fort Worth, Texas 76119-0330

Petitioner Pro Se Sui Juris

## CERTIFICATE OF SERVICE

I, Johnie Wise, hereby certify that a true and exact copy of the foregoing has, this the 25TH day of September, 2003, been served on the following:

>   Michael T. Shelby
>   United States Attorney
>   1701 W. Business 83, Suite #600
>   McAllen, Texas 78501-5160

by placing a copy of same in the inmate legal mail deposit box at the Federal Medical Center - Fort Worth, Texas, for delivery to the United States Post Office by prison authorities, with proper first-class postage and addressing attached thereto.

_____
Johnie Wise
Defendant Pro Se Sui Juris