| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

In Re: The Application of Johnie Wise  §
to Convene a Federal Grand Jury
<u>sub nom</u>

Johnie Wise,
        Petitioner,  §

vs.

Michael T. Shelby,
United States Attorney,
        Respondent.  §

United States District Court
Southern District of Texas
ENTERED

OCT 2 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

Miscellaneous No. <u>B-03-018</u>

## ORDER OF TRANSFER

This case has been transferred to Judge **Andrew S. Hanen** for this reason:

☐ Agreement between the judges.

☑ Recusal.

☑ Transfer with related case **Miscellaneous No. B-03-015**.

☐ Other: _____.

DONE at Brownsville, Texas, this 22nd day of October, 2003.

                                              Hilda G. Tagle
                                              United States District Judge