3

United States District Court
Southern District of Texas
ENTERED

MAR 1 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| JOHNNIE WISE | § | |
| | § | |
| VS. | § | MISC. NO. B-03-018 |
| | § | |
| MICHAEL T. SHELBY | § | |

### ORDER OF DISMISSAL

For the reasons elaborated by Magistrate Judge John Wm. Black in his December 18, 2003 Report and Recommendation,[1] which was subsequently adopted by this Court, in the related case styled <u>Wise v. United States of America</u>, Misc. No. B-03-015, Johnnie Wise's petition for a writ of mandamus pursuant to 28 U.S.C. § 1651 is hereby **DENIED** and this case is **DISMISSED** with prejudice.

Signed in Brownsville, Texas, this 11th day of March, 2004.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

---

[1] A copy of Judge Black's Report and Recommendation is affixed to this order.